UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WALTERS, et al.,

    Plaintiffs,                             No. C 09-5419 PJH

    v.                                  **ORDER**

MIRANT CALIFORNIA, L.L.C.,

    Defendant.

_____/

The court is in receipt of the chambers copy of the Declaration of Dan L. Gildor, filed by plaintiffs on December 2, 2009, in the above-entitled action. The chambers copy is not in usable format. Please take notice that the court will not consider the contents of any chambers copy that is not in usable format.

For a declaration or request for judicial notice that includes exhibits, "usable format" means that any exhibits must be tabbed. The court will consider the contents of the chambers copy only if it is submitted in usable format within one court day of the date of this order.

**IT IS SO ORDERED.**

Dated: December 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge