UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WALTERS, et al.,

    Plaintiffs,

    v.

MIRANT CALIFORNIA, L.L.C.,

    Defendant.

_____/

No. C 09-5419 PJH

**ORDER**

The court is in receipt of defendant's motion for partial summary judgment, filed in the above-entitled action on December 3, 2009. Defendant should be advised that the court permits only one summary judgment motion per side in each civil case on its docket, absent advance leave to file an additional motion. Thus, defendant should consider whether it wants this motion to be its sole motion for summary judgment.

In addition, the court will not consider defendant's motion until after plaintiffs' motion to remand has been decided. Plaintiffs need not file an opposition to the motion for partial summary judgment if the court grants remand. If the court denies plaintiffs' motion, the opposition to the motion for partial summary judgment shall be filed 14 days after the court issues the order denying remand. The date for the hearing on defendant's motion, previously set for Wednesday, February 3, 2009, is VACATED. If necessary, the court will set a new hearing date.

**IT IS SO ORDERED.**

Dated: December 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge