United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WALTERS, et al.,

    Plaintiffs,

    v.

MIRANT CALIFORNIA, L.L.C.,

    Defendant.
_____/

No. C 09-5419 PJH

**ORDER CONTINUING HEARING DATE**

    The date for the hearing on plaintiffs' motion to remand, previously set for Wednesday, January 6, 2009, has been CONTINUED to Wednesday, January 13, 2009, at 9:00 a.m. The briefing schedule will not change.

**IT IS SO ORDERED.**

Dated: December 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge