**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY MITCHELL, et al.,

        Plaintiffs,                    No. C 09-5419 PJH

    v.                                       **ORDER GRANTING MOTION TO REMAND**

MIRANT CALIFORNIA, L.L.C.,

        Defendant.
_____/

      Plaintiffs' motion to remand came on for hearing before this court on January 13, 2010.  Plaintiffs appeared by their counsel Dan Gildor and Jonathan Gertler, and defendant appeared by its counsel Steven Hymowitz and Jennifer Achtert.  Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court GRANTS the motion to remand as follows for the reasons stated at the hearing.

      The motion to remand on the ground that the notice of removal was untimely is DENIED.

      The motion to remand on the ground that there is no federal preemption under § 301 of the Labor Management Relations Act is GRANTED.  The dispute presented by plaintiffs' suit is whether defendant's actual practices violated the California Labor Code, and the court finds that determining the meaning of the various provisions of the collective bargaining agreement is not essential to deciding that dispute.

      The motion for fees and costs is DENIED.

**IT IS SO ORDERED.**

Dated: January 13, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge